**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASON BLISS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-CV-3803** |
| | : | |
| LEHIGH COUNTY PROBATION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of June 2026, upon consideration of Plaintiff Jason Bliss's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that:

1.      Bliss's Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C.

§ 1915(g) because he has, on three (3) or more prior occasions while incarcerated or detained in

any facility, brought an action or appeal in a court of the United States that was dismissed on the

grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be

granted, and is thus not eligible to proceed *in forma pauperis* as provided by 28 U.S.C.

§ 1915(g).  *See Bliss v. Zimmerman,* No. 25-7173 (Order (ECF No. 10) (E.D. Pa. Feb. 20, 2026)

(dismissing case as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i))); *Bliss v. Lehigh County*

*Parole*, No. 25-4808 (Order (ECF No. 13) (E.D. Pa. Feb. 19, 2026) (dismissing case for failure

to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii))); *Bliss v. Allentown Police*

*Department*, No. 25-3622 (Order (ECF No. 11) (E.D. Pa. Dec. 8, 2025) (dismissing case for

failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii))).  The Court having

independently determined upon the filing of this case that Bliss has accumulated at least three

strikes, and there being no allegation in his Complaint that Bliss is under imminent danger of

serious physical injury at the time he filed this case, he may not proceed *in forma pauperis* in this

case.

2.      If Bliss seeks to proceed with this case, he shall remit $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.  Any money that Bliss pays toward the fees is not refundable, even if this case is dismissed.

3.      In the event Bliss pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4.      If Bliss fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
**KELLEY BRISBON HODGE, J.**